UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILDRED WILLIAMS,
Mother of Earvin G. Johnson,
EARVIN G. JOHNSON,

       Plaintiff,                              Civil Action No. 11-cv-15701
                                                    HON. BERNARD A. FRIEDMAN
vs.                                                      MAG. JUDGE CHARLES BINDER

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION**

     This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R&R") dated January 8, 2013. The R&R recommended that the Court grant defendant's motion for summary judgment [docket entry 19]. Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).[1]

     This Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

---

[1] Plaintiff's mother sent an undated letter addressed to the Court (filed on January 28, 2013 and docketed on February 5, 2013), in which she asserts that plaintiff suffers from "depress[ion], low self-esteem, bad mood disorder. . . headache, back, neck and leg problems." Besides providing this general description of plaintiff's physical and emotional issues, the letter does not raise any specific objections to the R&R. Furthermore, although the name of plaintiff's mother appears in the caption, it is not altogether clear whether she possessed the authority to commence the instant action on plaintiff's behalf because the record is devoid of any court order appointing her as his guardian.

IT IS ORDERED that Magistrate Judge Charles Binder's Report and Recommendation dated January 8, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is GRANTED.

Dated: February 11, 2013  s/ Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of this order was sent to parties of record electronically or by U.S. mail on February 11, 2013.

s/ Michael Williams
Relief Case Manager for the Honorable
Bernard A. Friedman